# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138414

BRUCE ADRINE,
        Plaintiff-Appellee,

v

                                                SC: 138414
                                                COA: 281360
                                                WCAC: 07-000022

EVENT STAFFING, INC., and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
        Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the February 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009                          _____
                                                     Clerk

0603